IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

    Plaintiff,

v.

NOTRE DAME FEDERAL CREDIT UNION
and DAVID DILLEY,

    Defendants.

Case No.: 3:24-CV-00807

**NOTICE REGARDING
SERVICE ON DEEFENDANTS**

COMES NOW Plaintiff, New York Marine and General Insurance Company ("New York Marine"), by counsel, Minh C. Wai of Kopka Pinkus Dolin PC, and provides this Court with proof of service regarding the Defendant, Notre Dame Federal Credit Union. Plaintiff asserts that Notre Dame Federal Credit Union was served by process server Joseph Broadway on November 20, 2024. (See Exhibit A attached hereto). Service was perfected on Lexy Shock, an assistant branch manager for Notre Dame Federal Credit Union.

KOPKA PINKUS DOLIN, P.C.
Attorneys for Plaintiff

By: *Minh C. Wai*
Minh C. Wai (22780-45)
Ricardo J. Aguirre (35906-49)
9801 Connecticut Drive
Crown Point, IN 46307
Tel. (219) 794-1888
Fax (219) 794-1892
mcwai@kopkalaw.com

1

## CERTIFICATE OF SERVICE

I certify that on January 3, 2024, service of a true and complete copy of the above and foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Joshua Dorothy | Martin L. Daesch |
| Nicholas Sideras | Craig W. Richards |
| Gregerson, Rosow, Johnson & Nilan, Ltd. | OnderLaw, LLC |
| 100 Washington Avenue South | 110 E. Lockwood Ave. |
| Suite 1550 | St. Louis, MO 63119 |
| Minneapolis, MN 55401 | (314) 963-9000 |
| 612-436-7461 | daesch@onderlaw.com |
| jdorothy@grjn.com | richards@onderlaw.com |
| nsideras@grjn.com | *Attorneys for Defendant, David Dilley* |
| *Additional Attorney for Plaintiff* | |

/s/Lisa L. Stasko