AO 440 (Rev. 06/12)  Summons in a Civil Action

# United States District Court
for the
Northern District of Indiana    Q

| | |
|---|---|
| New York Marine and General Insurance Company <br><br> *Plaintiff(s)* <br> N. <br> Notre Dame Federal Credit Union & David Dilley <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ^^ Wathen
Registered Agent On Behalf Of
Notre Dame Federal Credit Union
1828 Moreau Drive
Notre Dame, IN 46556

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Minh C. Wai  KOPKA PINKUS DOLIN, PC
9801 Connecticut Drive
Crown Point, IN 46307
mcwai@kopkalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                             _____
*Signature of Clerk or Deputy Clerk*

Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* __11/18/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lexy Shock (Assistant Branch Manager)__, who is designated by law to accept service of process on behalf of *(name of organization)* __Notre Dame Fedral Credit Union__ on *(date)* __11/20/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/27/2024__

*Server's signature*

J. Broadaway
*Printed name and title*

PO Box 927 Crown Point, IN 46308
*Server's address*

Additional information regarding attempted service, etc:

Exhibit A