## CERTIFICATE OF SERVICE

I certify that on January 9, 2025, service of a true and complete copy of the above and foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Martin L. Daesch | Minh C. Wai |
| Craig W. Richards | Ricardo J. Aguirre |
| OnderLaw, LLC | Kopka Pinkus Dolin |
| 110 E. Lockwood Ave. | 9801 Connecticut Drive |
| Webster Groves, MO 63119 | Crown Point, IN 46307 |
| (314) 963-900 | (219) 784-1888 |
| daesch@onderlaw.com | mcwai@kopkalaw.com |
| richards@onderlaw.com | rjaguirre@kopkalaw.com |
| *Attorneys for Defendant David Dilley* | *Additional Attorneys for Plaintiff* |

I also certify that on January 9, 2025, service of a true and complete copy of the above and foregoing was sent by U.S. Mail to the following:

Notre Dame Federal Credit Union
1828 Moreau Drive
Notre Dame, IN 46556

_____
Teresa Knight

1