**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**SOUTH BEND DIVISION**

New York Marine and General Insurance Company

                        Plaintiff,

v.                                      Case No.: 3:24−cv−00807−CCB−SJF

                                      Judge Cristal C Brisco

Notre Dame Federal Credit Union, et al.

                        Defendant.

## **CLERK'S ENTRY OF DEFAULT**

Default is hereby entered against defendant(s)

                Notre Dame Federal Credit Union ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  January 10, 2025                Sincerely,

                                              CHANDA J. BERTA
                                              CLERK OF COURT

                                              By:  s/   Michele Murray
                                                      Deputy Clerk